IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

MICHAEL O. HANSON

    Defendant(s).

Case No. 3:12cr118

Judge Walter Herbert Rice

## ORDER

It is the order of this Court that, the defendant, Michael O. Hanson, will voluntarily surrender himself to the United States Marshal Service on a date to be designated by the United States Marshal Service.

IT IS SO ORDERED.

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record